1002

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR
CRILLY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-04665-7, Anthony P. Wartnik, J., entered
January 6, 1998. *Dismissed* by unpublished per curiam
opinion.


[No. 42507-2-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON FISHER,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-07790-9, Richard M. Ishikawa, J., entered
March 18, 1998. *Dismissed* by unpublished per curiam
opinion.


[No. 42667-2-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MOORE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-01037-3, John M. Darrah, J., entered April
27, 1998. *Dismissed* by unpublished per curiam opinion.


[No. 42841-1-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM PAUL
LOVE, *Defendant*, MICHAEL MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-07064-0, Michael S. Spearman, J., entered
June 15, 1998. *Dismissed* by unpublished per curiam
opinion.